**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Jason Y. Chao, Esq. (SBN 250735)
Rosa Noyola, Esq. (SBN 297204)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
jchao@aguileragroup.com
rnoyola@aguileragroup.com

Attorneys for Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 1:15−CV−00933−SKO<br><br>**ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>*Current Date:*   September 22, 2015<br>*Proposed Date:*  October 27, 2015 or October 29, 2015<br><br>Time:   10:15 a.m.<br>Ctrm:   #7 (6th floor)<br>Judge:  Sheila K. Oberto, U.S. Magistrate |

1

[PROPOSED] ORDER

Case No.: 1:15−CV−00933−SKO

# ORDER

The Mandatory Scheduling Conference and Case Management Conference are continued as follows:

    10/27/15    10:15 a.m. --  Mandatory Scheduling Conference and Case Management Conference

    10/20/15    Joint Scheduling Report Due

IT IS SO ORDERED.

Dated:   **September 1, 2015**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE