1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>        Defendants. | Case No. 1:15−CV−00933−SKO<br><br>**ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND MANDATORY SCHEDULING CONFERENCE** |

The parties have requested a continuance of the Case Management Conference and the Scheduling Conference so they may pursue settlement discussions.

1  Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

2  1. The telephonic Case Management Conference is CONTINUED to
3  March 29, 2016, at 10:00 a.m., and
4  2. The Scheduling Conference is CONTINUED to April 21, 2016, at 9:30
5  a.m.

7  IT IS SO ORDERED.

8  Dated:  **February 23, 2016**                    **/s/ Sheila K. Oberto**
9                                                  UNITED STATES MAGISTRATE JUDGE