# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; FIDELITY AND GUARANTY INSURANCE COMPANY, an Iowa corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation;<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 1:15-cv-00933-SKO<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Pursuant to the stipulation of Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, FIDELITY AND GUARANTY INSURANCE COMPANY, and ST. PAUL MERCURY INSURANCE COMPANY (collectively

1  "TRAVELERS") and Defendants CENTEX HOMES and CENTEX REAL ESTATE
2  CORPORATION (collectively "CENTEX"), the above-captioned action is hereby
3  dismissed without prejudice.  Each party is to bear its own costs.

5  IT IS SO ORDERED.

6  Dated:   **March 18, 2016**                               **/s/ Sheila K. Oberto**
7                                                         UNITED STATES MAGISTRATE JUDGE